UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL DAVIS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:22-cv-01001 |
| | § | |
| TIKTOK, INC. and | § | |
| META PLATFORMS, INC. | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Withdrawal of Emergency Motion to Remand (Dkt. #14). The Court finds the motion should be, and hereby is, GRANTED, and Plaintiff's Emergency Motion to Remand (Dkt. #6) is hereby withdrawn.

IT IS SO ORDERED.

SIGNED this 19th day of January, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE