# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-01001 |
| | § | |
| TIKTOK INC. and | § | |
| META PLATFORMS, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Meta Platforms, Inc.'s Unopposed Motion to Enlarge Page Limit (Dkt. #35). Upon consideration of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED. Meta Platforms, Inc.'s Reply in Support of Transfer (Dkt. #36) is deemed filed.

**IT IS SO ORDERED.**

SIGNED this 2nd day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE