IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL DAVIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| | § | CIVIL ACTION NO. 4:22-CV-01001 |
| TIKTOK INC. and<br>META PLATFORMS, INC. | § § § | |
| Defendants. | § § § § | |

### ORDER

Before the Court is Defendant TikTok Inc.'s Unopposed Motion to Modify Scheduling Order (Dkt. #42). After reviewing the Motion, the Court finds that the Motion should be, and hereby is, GRANTED. The deadline for filing motions to transfer is extended to March 1, 2023.

IT IS SO ORDERED.

SIGNED this 16th day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE