**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| PAUL DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:22-CV-01001 |
| TIKTOK INC. and | § | |
| META PLATFORMS, INC. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Paul Davis hereby notices the voluntary dismissal of Defendant TikTok Inc. from this action, subject to the terms of the Plaintiff Paul Davis and Defendant TikTok Inc.'s Agreement (to which the form of this Notice is attached as Exhibit A), with each party bearing the party's own costs, expenses, and attorneys' fees.

Dated:  March 12, 2023        Respectfully submitted,

*/s/ Paul Davis*
Paul Davis
Texas Bar No. 24078401
PAUL M. DAVIS & ASSOCIATES, P.C.
9355 John W. Elliott Dr.
Suite 25454
Frisco, TX 75033
Telephone: 945.348.7884
paul@fireduptxlawyer.com

**PRO SE**