IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:22-CV-01001 |
| TIKTOK INC. and | § | |
| META PLATFORMS, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Paul Davis and Defendant Meta Platforms, Inc.'s Joint Motion To Set Briefing Schedule For Motion To Dismiss (Dkt. #50). Upon consideration of the Motion and the entire record herein, the Court finds that the Motion should be, and hereby is, **GRANTED**. Plaintiff's opposition to Defendant's motion to dismiss (Dkt. #49) is due on June 21, 2023, and Defendant's reply to the opposition is due on July 12, 2023.

IT IS SO ORDERED.

SIGNED this 7th day of June, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE